1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MIKA ALFARO,

11              Plaintiff,                    No. 2:12-cv-2015-GEB-EFB PS

12        vs.

13    BLACK AND PURPLE,

14              Defendant.              FINDINGS AND RECOMMENDATIONS

15    _____/

16        Plaintiff, proceeding in pro se, has requested leave to proceed *in forma pauperis* pursuant

17    to 28 U.S.C. § 1915.[1]  Dckt. No. 2.  Plaintiff has submitted an affidavit in support of her

18    application to proceed *in forma pauperis*, as required by 28 U.S.C. § 1915(a)(1).  *Id.*

19        Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action

20    in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the commencement of an

21    action without prepayment of fees and costs or security therefor, by a person who submits an

22    affidavit showing that he is unable to pay such costs or give security therefor.  28 U.S.C.

23    § 1915(a)(1).  An *in forma pauperis* applicant must demonstrate that because of her poverty, she

24    cannot meet court costs and still provide herself and her dependents with the necessities of life.

25    _____

26        [1] This matter was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28
      U.S.C. § 636(b)(1).

1

1   *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (affidavit is sufficient if

2   it represents that the litigant is "unable to pay for the court fees and costs, and to provide

3   necessities for himself and his dependents") (citing *Adkins v. E.I. Du Pont de Nemours & Co.*,

4   335 U.S. 331, 339-40 (1948)); *see also*, *Sears, Roebuck & Co. v. Charles W. Sears Real Estate,*

5   *Inc.*, 865 F.2d 22, 23 (2d Cir. 1988) (denying *in forma pauperis* status where applicant had a net

6   income of approximately $20,000).

7        Plaintiff's affidavit indicates that her gross wages are $4500.00 per month and her take-

8   home wages are $5400.00 per month.  Dckt. No. 2.  The affidavit also indicates that she receives

9   $1107.00 in disability and $4568.00 in gifts or inheritance, and that she has $250,000.00 in a

10   checking or savings account.  *Id.*  Based on those averments, the court finds that plaintiff has

11   failed to demonstrate that she has insufficient assets to pay the filing fee and costs and provide

12   the necessities of life for herself.

13        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's application to proceed

14   *in forma pauperis* be DENIED, and that plaintiff be given thirty days in which to pay the filing

15   fee of $350.00.

16        These findings and recommendations are submitted to the United States District Judge

17   assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen

18   (14) days after being served with these findings and recommendations, any party may file written

19   objections with the court and serve a copy on all parties.  Such a document should be captioned

20   "Objections to Magistrate Judge's Findings and Recommendations."  The parties are

21   advised that failure to file objections within the specified time may waive the right to appeal the

22   District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*,

23   951 F.2d 1153, 1157 (9th Cir. 1991).

24   DATED:  August 21, 2012.

                                   EDMUND F. BRENNAN

25                                 UNITED STATES MAGISTRATE JUDGE

26