1

2

3

4

5

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11   MIKA ALFARO,

12          Plaintiff,                    No. 2:12-cv-2015-GEB-EFB PS

13      vs.

14   BLACK AND PURPLE,

15          Defendant.                    <u>ORDER</u>
     _____/

16

17          On August 22, 2012, the magistrate judge filed findings and recommendations

18   herein which were served on the parties and which contained notice that any objections to the

19   findings and recommendations were to be filed within fourteen days.  No objections were filed.

20          The court has reviewed the applicable legal standards and, good cause appearing,

21   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

22          Accordingly, IT IS ORDERED that:

23          1.  The proposed Findings and Recommendations filed August 22, 2012, are

24   ADOPTED.

25          2.  Plaintiff's application to proceed *in forma pauperis* is denied.

26          3.  Plaintiff is granted thirty days in which to pay the filing fee of $350.

1

1          4.  Plaintiff is admonished that failure to timely pay the filing fee will result in a

2    recommendation by the magistrate judge that this action be dismissed.

3    Dated:  October 3, 2012

4

5    _____
     GARLAND E. BURRELL, JR.

6    Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2